UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| NICHOLAS A. GLADU, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
|             v. | )  1:22-cv-00134-JDL |
| | ) |
| MATTHEW MAGNUSSON, et al., | ) |
| | ) |
|    Defendants. | ) |

**ORDER ON PLAINTIFF GLADU'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Plaintiff Nicholas A. Gladu has filed a Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 13). The motion seeks to enjoin the Defendants, several prison officials and the Commissioner of the Maine Department of Corrections, "from prohibiting Plaintiff from possessing his books and magazines which were confiscated on 03/31/2022 that had been in Plaintiff's possession already for up to one and a half years" and which contain male nudity. ECF No. 13 at 1.

The affidavit Gladu submitted in support of his motion and the verified complaint do not "clearly show that immediate and irreparable injury, loss, or damage will result to the movant *before the adverse party can be heard in opposition*." Fed. R. Civ. P. 65(b)(1)(A) (emphasis added). Further, the motion is not supported by a certification in writing of the "efforts made to give notice and the reasons why it should not be required." Fed. R. Civ. P. 65(b)(1)(B). Because Gladu has not satisfied the requirements of Rule 65(b)(1), his request for a temporary restraining order must be denied.

2

It is **ORDERED** that Gladu's Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 13) is **DENIED IN PART** to the extent that it seeks a temporary restraining order. The Court takes no action with respect to the motion's request for a preliminary injunction, and the motion is referred to the assigned Magistrate Judge for further proceedings.

**SO ORDERED.**

**Dated: July 8, 2022**

                                                            /s/ JON D. LEVY
                                      **CHIEF U.S. DISTRICT JUDGE**